UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON HINTZE, | Case No. 3:22-cv-00436-MMD-CLB |
| Plaintiff | ORDER |
| v. | |
| STEVE SISOLAK, *et al.*, | |
| Defendants | |

On November 1, 2022, the Court issued a screening order and granted Plaintiff until December 2, 2022, to file an amended complaint or the case would proceed only on the Eighth Amendment conditions-of-confinement claim. (ECF No. 6 at 14-15). The Court subsequently granted Plaintiff an extension of time to January 17, 2023, to submit his amended complaint. (ECF No. 9). Plaintiff now seeks an additional thirty-day extension of time to file his amended complaint, explaining that his unit is under quarantine and thus he "may not have access to the inmate who is preparing his amended complaint." (ECF No. 11 at 2). Plaintiff also asserts that the inmate assisting him with this action is "incredibly busy" litigating another civil rights lawsuit and drafting "several habeas petitions." (*Id.*)

The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before February 16, 2023. If Plaintiff chooses not to file an amended complaint, this action will proceed only on the Eighth Amendment conditions-of-confinement claim. (ECF No. 6 at 14-15).

For the foregoing reasons, it is ordered that the motion for an extension of time (ECF No. 11) is granted. Plaintiff will file his amended complaint on or before February 16, 2023.

///

///

///

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action will proceed only on the Eighth Amendment conditions-of-confinement claim.

DATED THIS 13th day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE